UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:  BOULOS F ESTAFANOUS

CASE NO: 17-09908

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No.
Judge: Jacqueline P. Cox
Hearing Location: 219 S. Dearborn Courtroom 680 Chicago Illinois
Hearing Date: 04/13/2017
Hearing Time: 9:30 a.m.
Response Date:

On 4/3/2017, I did cause a copy of the following documents, described below,

Motion to Set Bar Date,

Motion to Extend the Automatic Stay

MOTION FOR ORDER PERMITTING DEBTOR TO USE CASH COLLATERAL BELONGING TO ABC BANK REGARDING 645 EAST 162ND STREET SOUTH HOLLAND ILLINOIS 60473

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/3/2017

/s/ Paul M. Bach
Paul M. Bach  06209530
Bach Law Offices
P.O. Box 1285
Northbrook, IL  60065
847 564 0808
Paul@bachoffices.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  BOULOS F ESTAFANOUS | CASE NO: 17-09908 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: Jacqueline P. Cox |
| | Hearing Location: 219 S. Dearborn Courtroom 680 Chicago Illinois |
| | Hearing Date: 04/13/2017 |
| | Hearing Time: 9:30 a.m. |

On 4/3/2017, a copy of the following documents, described below,

Motion to Set Bar Date,

Motion to Extend the Automatic Stay

MOTION FOR ORDER PERMITTING DEBTOR TO USE CASH COLLATERAL BELONGING TO ABC BANK  REGARDING 645 EAST 162ND STREET SOUTH HOLLAND ILLINOIS 60473

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/3/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bach Law Offices
Paul M. Bach
P.O. Box 1285
Northbrook, IL  60065

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   07521
   CASE 17-09908
   NORTHERN DISTRICT OF ILLINOIS
   CHICAGO
   MON APR 3 11-01-06 CDT 2017

2  ABC BANK FKA AUSTIN BANK OF CHICAGO
   5645 W LAKE ST
   IL 60644-1956

*EXCLUDE*

3  ~~US BANKRUPTCY COURT~~
   ~~EASTERN DIVISION~~
   ~~219 S DEARBORN~~
   ~~7TH FLOOR~~
   ~~CHICAGO IL 60604-1702~~

4  ABC BANK
   5645 W LAKE STREET
   CHICAGO IL 60644-1956

5  ABC BANK FKA AUSTIN BANK OF CHICAGO
   WILLIAM A CASTLE JR
   ROBBINS SALOMON  PATT LTD
   180 NORTH LASALLE STREET STE 3300
   CHICAGO IL 60601-2808

6  AMINTA BAMACA
   8136 PORTSMOUTH DRIVE
   DARIEN IL 60561-5224

7  CAPITAL ONE
   PO BOX 30285
   SALT LAKE CITY UT 84130-0285

8  CERTIFIED SERVICES INC
   1733 WASHINGTON STREET
   WAUKEGAN IL 60085-5192

9  CERTIFIED SERVICES INC
   CO RA ROBERT JOHN MAUCH
   1733 WASHINGTON STREET SUITE 201
   WAUKEGAN IL 60085-5192

10  CERTIFIED SERVICES INC
    PO BOX 177
    WAUKEGAN IL 60079-0177

11  CHASE CARD
    ATTN CORRESPONDENCE
    PO BOX 15298
    WILMINGTON DE 19850-5298

12  CHASE CARD
    PO BOX 15298
    WILMINGTON DE 19850-5298

13  CHOICE RECOVERY INC
    1550 OLD HENDERSON ROAD
    STE 100
    COLUMBUS OH 43220-3662

14  COMPLETE PAYMENT RECOVERY SERVICES
    3500 FIFTH STREET
    NORTHPORT AL 35476-4723

15  COOK COUNTY CLERK
    69 W WASHINGTON SUITE 500
    CHICAGO IL 60602-3030

16  COOK COUNTY STATES ATTORNEY
    50 WEST WASHINGTON STREET
    CHICAGO IL 60602-1379

17  COOK COUNTY TREASURER
    118 N CLARK
    CHICAGO IL 60602-1590

18  COSMOPROF CORP
    3001 COLORADO BLVD
    DENTON TX 76210-6802

19  CREDIT ONE BANK NA
    PO BOX 98873
    LAS VEGAS NV 89193-8873

20  CREDIT ONE BANK NA
    PO BOX 98875
    LAS VEGAS NV 89193-8875

21  DIMONTE  LIZAK LLC
    216 W HIGGINS ROAD
    PARK RIDGE IL 60068-5706

22  DUPAGE COUNTY CLERK
    421 N COUNTY FARM RD
    WHEATON IL 60187-3992

23  DUPAGE COUNTY TREASURER
    421 N COUNTY FARM ROAD
    WHEATON IL 60187-3992

24  FORWARD LINE
    21700 OXNARD STREET SUITE 1450
    WOODLAND HILLS CA 91367-7581

25  FORWARDLINE FINANCIAL LLC
    21700 OXNARD BLVD SUITE 1450
    WOODLAND HILLS CA 91367-7581

26  HORSESHOE CASINO
    777 CASINO CENTER DRIVE
    HAMMOND IN 46320-1003

27  ILLINOIS DEPARTMENT OF REVENUE
    BANKRUPTCY SECTION
    PO BOX 64338
    CHICAGO IL 60664-0338

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  INTERNAL REVENUE SERVICE            29  MANLEY DEAS KOCHALSKI LLC          30  OSSAMAS INC
    CENTRALIZED INSOLVENCY OPERATIONS       ONE EAST WACKER                        645 E 162 STREET
    PO BOX 7346                             SUITE 1250                             SOUTH HOLLAND IL 60473-2329
    PHILADELPHIA PA 19101-7346              CHICAGO IL 60601-1980


31  PREMIER ENDODONTIC ASSOCIATION      32  ROBBINS SALOMON  PATT LTD          33  STATE OF INDIANA DEPARTMENT OF REV
    522 CHESTNUT STREET                     180 N LASALLE STREET STE 3300          INDIANA GOVEMMENT CENTER NORTH
    HINSDALE IL 60521-3174                  CHICAGO IL 60601-2808                  100 NORTH SENATE AVENUE
                                                                                   INDIANAPOLIS IN 46204-2273


                                                                               DEBTOR
34  TWENTY  FIRST CENTURY PEDIATRICS    35  WELLS FARGO HOME MORTGAGE          36  BOULOS F ESTAFANOUS
    640 SOUTH WASHINGTON STREET             POBOX 10335                            8136 PORTSMOUTH DRIVE
    NAPERVILLE IL 60540-6791                DES MOINES IA 50306-0335                DARIEN IL 60561-5224


37  PATRICK S LAYNG                     38  PAUL M BACH
    OFFICE OF THE US TRUSTEE REGION 11      BACH LAW OFFICES
    219 S DEARBORN ST                       PO BOX 1285
    ROOM 873                                NORTHBROOK IL 60065-1285
    CHICAGO IL 60604-2027
```