UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-09908 |
| BOULOS F. ESTAFANOUS, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING RULE 2004 EXAMINATIONS

This cause coming on to be heard on the Motion of ABC Bank, a creditor herein, to conduct an examination and to obtain documents, pursuant to rule 2004 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of title 11 of the United States Code and rule 9013-9 of the Local Rule of the United States Bankruptcy Court for the Northern District of Illinois, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The motion is granted;

2. ABC Bank be, and it hereby is authorized by not directed to conduct a Rule 2004 examination of, and obtain documents from the Debtor, Boulos F. Estafanous; and,

3. The parties shall work cooperatively to schedule the examination and document production at mutually convenient times.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: APR 13 2017

**Prepared by:**
Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St., Suite 3300
Chicago, IL 60601
312-782-9000
312-782-6690 (fax)
rfimoff@rsplaw.com
vborst@rsplaw.com

Rev: 20170105_bko