B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
Northern    District of    Illinois

In re    Boulos F. Estafanous ,    Case No.    17-09908

Debtor    Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of    3/29/17    on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Ossamas, Inmc. | 100% | 1 |
|  |  |  |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.

Date: 4-24-17

_____
Signature of Authorized Individual

_Boulos Estafanous_
Name of Authorized Individual

_PVE_
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

| Date | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Averages |
|---|---|---|---|---|---|---|---|
| Gross Income | $41,477 | $41,849 | $43,905 | $43,484 | $42,953 | $44,066 | $42,956 |
| Salaries | ($2,700) | ($2,700) | ($2,700) | ($2,700) | ($2,700) | ($2,700) | |
| Maintenance | ($200) | $0 | ($176) | ($952) | ($502) | ($552) | |
| Rents | ($7,800) | ($7,800) | ($7,800) | ($7,800) | ($7,800) | ($7,800) | |
| Licenses and Misc | ($216) | ($216) | ($216) | ($216) | ($216) | ($216) | |
| Depreciations | ($125) | ($125) | ($125) | ($125) | ($125) | ($125) | |
| Deductions | ($18,685) | ($18,685) | ($18,685) | ($18,685) | ($18,685) | ($18,685) | |
| Line of Credit | ($360) | ($360) | ($360) | ($360) | ($360) | ($360) | |
| plaza mortgage | ($8,130) | ($8,130) | ($8,130) | ($8,130) | ($8,130) | ($8,130) | |
| Balance | $3,261 | $3,833 | $5,713 | $4,517 | $4,435 | $5,498 | $5,230.74 |

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | **2016** |

For calendar year 2016 or tax year beginning _____ , 2016, ending _____

| | | |
|---|---|---|
| **A** S election effective date 3/01/1993 | **TYPE OR PRINT** OSSAMAS, INC<br>BOULOS ESTAFANOUS<br>5100 SOUTH CORNELL<br>CHICAGO, IL 60615 | **D** Employer identification number |
| **B** Business activity code number (see instrs) 812112 | | **E** Date incorporated 2/18/1993 |
| **C** Check if Schedule M-3 attached ☐ | | **F** Total assets (see instructions) $ 763,163. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year.................► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 1a | 353,318. | |
| | b Returns and allowances | 1b | | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 353,318. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 353,318. |
| | 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | 4 | |
| | 5 Other income (loss) (see instrs — att statement) | | 5 | |
| | 6 **Total income (loss).** Add lines 3 through 5 ► | | 6 | 353,318. |
| **D E D U C T I O N S** (SEE INSTRS) | 7 Compensation of officers (see instructions - attach Form 1125-E) | | 7 | 16,000. |
| | 8 Salaries and wages (less employment credits) | | 8 | 12,702. |
| | 9 Repairs and maintenance | | 9 | 2,643. |
| | 10 Bad debts | | 10 | |
| | 11 Rents | | 11 | 45,600. |
| | 12 Taxes and licenses | See Statement 1 | 12 | 2,352. |
| | 13 Interest | | 13 | 889. |
| | 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 14 | 1,351. |
| | 15 Depletion **(Do not deduct oil and gas depletion.)** | | 15 | |
| | 16 Advertising | | 16 | 13,011. |
| | 17 Pension, profit-sharing, etc, plans | | 17 | |
| | 18 Employee benefit programs | | 18 | |
| | 19 Other deductions (attach statement) | See Statement 2 | 19 | 260,716. |
| | 20 **Total deductions.** Add lines 7 through 19 ► | | 20 | 355,264. |
| | 21 **Ordinary business income (loss).** Subtract line 20 from line 6 | | 21 | -1,946. |
| **T A X A N D P A Y M E N T S** | 22a Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| | b Tax from Schedule D (Form 1120S) | 22b | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| | 23a 2016 estimated tax payments and 2015 overpayment credited to 2016 | 23a | | |
| | b Tax deposited with Form 7004 | 23b | | |
| | c Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| | d Add lines 23a through 23c | | 23d | |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 24 | |
| | 25 **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | 0. |
| | 26 **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| | 27 Enter amount from line 26 **Credited to 2017 estimated tax** ► | Refunded ► | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer _____ Date _____  ► Title President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name RICHARD BENJAMIN | Preparer's signature RICHARD BENJAMIN | Date | Check ☐ if self-employed | PTIN P01509668 |
|---|---|---|---|---|---|
| | Firm's name ► Accurate Tax Service | | | Firm's EIN ► 363431140 | |
| | Firm's address ► 3247 West 79th Street Chicago, IL 60652 | | | Phone no. (773) 471-1040 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.  SPSA0105L 08/17/16  Form **1120S** (2016)

Form 1120S (2016) OSSAMAS, INC

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash  b [ ] Accrual  c [ ] Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: a Business activity ▶ HAIR DESIGNERS   b Product or service ▶ SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below........ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete lines (i) and (ii) below. (i) Total shares of restricted stock ▶ _____ (ii) Total shares of non-restricted stock ▶ _____ | | X |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete lines (i) and (ii) below. (i) Total shares of stock outstanding at the end of the tax year ▶ _____ (ii) Total shares of stock outstanding if all instruments were executed ▶ _____ | | X |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ] If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ _____ | | |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year $ _____ | | |
| 10 | Does the corporation satisfy both of the following conditions? a The corporation's total receipts (see instructions) for the tax year were less than $250,000 b The corporation's total assets at the end of the tax year were less than $250,000 If "Yes," the corporation is not required to complete Schedules L and M-1. | | X |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? If "Yes," enter the amount of principal reduction $ _____ | | X |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes", see instructions | | X |
| 13a | Did the corporation make any payments in 2016 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | | X |

Form 1120S (2016)

SPSA0112L 08/17/16

Form 1120S (2016) OSSAMAS, INC      Page **3**

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 21) | 1 | -1,946. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss)   3a | | |
| | b Expenses from other rental activities (attach statement)   3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| |      b Qualified dividends   5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss)   8b | | |
| | c Unrecaptured section 1250 gain (attach statement)   8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions)    Type ▶ | 10 | |
| Deductions | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ▶ _____ **(2)** Amount ▶ | 12c (2) | |
| | d Other deductions (see instructions) .. Type ▶ | 12d | |
| Credits | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d Other rental real estate credits (see instrs) Type ▶ | 13d | |
| | e Other rental credits (see instrs) Type ▶ | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions)    Type ▶ | 13g | |
| Foreign Transactions | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties — gross income | 15d | |
| | e Oil, gas, and geothermal properties — deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach stmt if required) (see instrs) | 16d | |
| | e Repayment of loans from shareholders | 16e | |

BAA      SPSA0134L 08/17/16      Form 1120S (2016)

Form 1120S (2016)    OSSAMAS, INC                                                                                      3    3    Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Other Infor- mation | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon- ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -1,946. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 7,809. | | 7,214. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 116,250. | | 116,250. | |
| b | Less accumulated depreciation | 108,950. | 7,300. | 110,301. | 5,949. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 750,000. | | 750,000. | |
| b | Less accumulated amortization | | 750,000. | | 750,000. |
| 14 | Other assets (attach stmt) | | | | |
| 15 | Total assets | | 765,109. | | 763,163. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 764,109. | | 762,163. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 765,109. | | 763,163. |

SPSA0134L  08/17/16                                                                                                              Form **1120S** (2016)

Form 1120S (2016) OSSAMAS, INC   3   Page 5

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | -1,946. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize):<br>**a** Tax-exempt interest. $ | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize):<br>**a** Depreciation. $<br>**b** Travel and entertainment. $ | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize):<br>**a** Depreciation. $ | |
| | | | 7 Add lines 5 and 6 | 0. |
| 4 | Add lines 1 through 3 | -1,946. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | -1,946. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 861,378. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 1,946.) | | |
| 5 | Other reductions | | | |
| 6 | Combine lines 1 through 5 | 859,432. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 859,432. | | |

SPSA0134L 08/17/16   Form 1120S (2016)

| | | |
|---|---|---|
| Schedule K-1 (Form 1120S) Department of the Treasury Internal Revenue Service | 2016 For calendar year 2016, or tax year beginning _____, 2016 ending _____ | 671113 ☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0123 |

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -1,946. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | 17 | Other information |

### Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

**Part I — Information About the Corporation**

A Corporation's employer identification number

B Corporation's name, address, city, state, and ZIP code
OSSAMAS, INC
BOULOS ESTAFANOUS
5100 SOUTH CORNELL
CHICAGO, IL 60615

C IRS Center where corporation filed return
e-file

**Part II — Information About the Shareholder**

D Shareholder's identifying number

E Shareholder's name, address, city, state, and ZIP code
BOULOS ESTAFANOUS
8136 PORTSMOUTH DR
DARIEN, IL 60561

F Shareholder's percentage of stock ownership for tax year ........ 100 %

FOR IRS USE ONLY

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   Schedule K-1 (Form 1120S) 2016

Shareholder 1

SPSA0412L 08/22/16

| 2016 | Federal Statements | Page 1 |
|---|---|---|

Client OSSAMAS     OSSAMAS,INC

4/10/17     03:43PM

### Statement 1
### Form 1120S, Line 12
### Taxes and Licenses

| | | |
|---|---:|---:|
| Payroll Taxes | $ | 2,352. |
| Total | $ | 2,352. |

### Statement 2
### Form 1120S, Line 19
### Other Deductions

| | | |
|---|---:|---:|
| Bank Charges | $ | 263. |
| credit card chrges | | 7,475. |
| DISPOSAL | | 2,835. |
| Dues and Subscriptions | | 550. |
| Insurance | | 2,255. |
| Janitorial | | 655. |
| Laundry and Cleaning | | 1,921. |
| Legal and Professional | | 1,250. |
| Miscellaneous | | 685. |
| Office Expense | | 277. |
| Outside Services | | 153,550. |
| Parking and Tolls | | 810. |
| Supplies | | 63,681. |
| Telephone | | 2,946. |
| Uniforms | | 268. |
| Utilities | | 21,295. |
| Total | $ | 260,716. |

| 2016 | **Federal Supporting Detail** | Page 1 |
|---|---|---|
| Client OSSAMAS | OSSAMAS,INC | 3 |
| 4/10/17 | | 03:43PM |

Ordinary Income
Gross receipts or sales

|  |  |
|---|---|
| $ | 353,318. |
| Total $ | 353,318. |



Illinois Department of Revenue

Page 1 of 5

# 2016 Form IL-1120-ST
## Small Business Corporation Replacement Tax Return
Due on or before the 15th day of the 3rd month following the close of the tax year.

If this return is not for calendar year 2016, enter your fiscal tax year here.
Tax year beginning ____ ____ 20____, ending ____ ____, 20____
                   month day  year         month day   year

For tax years ending **on or after** December 31, 2016. For prior years, use the form for that year.

Enter the amount you are paying.
$ _____

### Step 1: Identify your small business corporation

A Enter your complete legal business name.
  If you have a name change, check this box. ☐
  Name: OSSAMAS, INC

B Enter your mailing address.
  • this is your **first return**, or
  • you have an **address change** ☐
  C/O: BOULOS ESTAFANOUS
  Mailing address: 5100 SOUTH CORNELL
  City: CHICAGO   State: IL   ZIP: 60615

C Check the applicable box if one of the following applies.
  ☐ First return   ☐ Final return (If final, enter the date _____)
                                                            mm dd yyyy
D If this is a final return because you sold this business, enter the date sold
  (mm dd yyyy) _____, and the new owner's FEIN. _____

E **Special Apportionment Formulas.** If you use a special apportionment formula, check the appropriate box, and see the Special Apportionment Formula instructions.
  ☐ Financial organizations   ☐ Transportation companies
  ☐ Federally regulated exchanges

F Check this box if you attached Form IL-4562. ☒
G Check this box if you attached Illinois Schedule M (for businesses). ☐
H Check this box if you attached Schedule 80/20. ☐
I Check this box if you attached Schedule 1299-A. ☐

J Enter your federal employer identification no. (FEIN). _____

K ☐ Check this box if you are a member of a unitary business group, and enter the FEIN of the member who prepared the Schedule UB Combined Apportionment for Unitary Business Group. **Attach** Schedule UB to this return

L Enter your North American Industry Classification System (NAICS) Code. See instructions.
  812112

M Enter your Illinois corporate file (charter) number issued by the Secretary of State _____

N Enter the city, state, and zip code where your accounting records are kept. (Use the two-letter postal abbreviation. *e.g.*, IL, GA, etc.)
  CHICAGO     IL 60615
  City         State   Zip

O If you are making the business income election to treat all nonbusiness income as business income, check this box and enter '0' on Lines 36 and 44. ☐

P If you have completed the following, check the box and **attach** the federal form(s) to this return.
  ☐ Federal Form 8886   ☐ Federal Sch. M-3, Part II, Line 10

Q If you are making a Discharge of Indebtedness adjustment on Schedule NLD, or Form IL-1120-ST, Line 48, check this box **and** attach federal Form 982. ☐

### Step 2: Figure your ordinary income or loss
(Whole dollars only)

1 Ordinary income or loss, or equivalent from federal Schedule K ............................ 1  -1,946.00
2 Net income or loss from all rental real estate activities ...................................... 2           00
3 Net income or loss from other rental activities .................................................. 3           00
4 Portfolio income or loss ..................................................................................... 4           00
5 Net IRC Section 1231 gain or loss .................................................................... 5           00
6 All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ 6           00
7 Add Lines 1 through 6. This is your ordinary income or loss .............................. 7  -1,946.00

### Step 3: Figure your unmodified base income or loss
8 Charitable contributions .................................................................................... 8           00
9 Expense deduction under IRC Section 179 ..................................................... 9           00
10 Interest on investment indebtedness .............................................................. 10          00
11 All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ 11          00
12 Add Lines 8 through 11 .................................................................................... 12          00
13 Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. 13  -1,946.00

IL-1120-ST (R-12/16) ID: 2BN    NS    DR    LSA0701 11 23 16

OSSAMAS, INC

## Step 4: Figure your income or loss

| # | Description | | Amount |
|---|---|---|---|
| 14 | Enter the amount from Line 13. **Unitary filers**, enter the amount from Schedule UB, Step 2, Col E, Line 30. | 14 | -1,946.00 |
| 15 | State, municipal, and other interest income excluded from Line 14. | 15 | 00 |
| 16 | Illinois replacement tax and surcharge deducted in arriving at Line 14. | 16 | 00 |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 | 00 |
| 18 | Related-party expenses addition. **Attach** Schedule 80/20. | 18 | 00 |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 | 00 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 20 | 00 |
| 21 | Other additions. **Attach** Illinois Schedule M (for businesses). | 21 | 00 |
| 22 | Add Lines 14 through 21. This amount is your income or loss. | 22 | -1,946.00 |

## Step 5: Figure your base income or loss

| # | Description | | Amount |
|---|---|---|---|
| 23 | Interest income from U.S. Treasury or other exempt federal obligations. | 23 | 00 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 24 | 00 |
| 25 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 25 | 00 |
| 26 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A. | 26 | 00 |
| 27 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-A. | 27 | 00 |
| 28 | High Impact Business Interest subtraction. **Attach** Schedule 1299-A. | 28 | 00 |
| 29 | Contribution subtraction. **Attach** Schedule 1299-A. | 29 | 00 |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 | 1,351.00 |
| 31 | Related-party expenses subtraction. **Attach** Schedule 80/20. | 31 | 00 |
| 32 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 32 | 00 |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 | 00 |
| 34 | Total subtractions. Add Lines 23 through 33. | 34 | 1,351.00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 22. | 35 | -3,297.00 |

**STOP:**

A  If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) [X]

B  If any portion of the amount on Line 35 is derived outside Illinois, check this box and complete all lines of Step 6. See instructions. (If you are a unitary filer, you must complete Lines 40 through 42). [ ]

## Step 6: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| # | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | | | 36 | 00 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | | | 37 | 00 |
| 38 | Add Lines 36 and 37. | | | 38 | 00 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | | | 39 | 00 |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 | | | |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 | | | |
| 42 | Apportionment factor. Divide Line 41 by Line 40 (carry to six decimal places). | 42 | | | |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | | | 43 | 00 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | | | 44 | 00 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | | | 45 | 00 |
| 46 | **Base income or loss allocable to Illinois.** Add Lines 43 through 45. | | | 46 | 00 |

ILSA0702L 11/23/16



IL-1120-ST (R-12/16)

Page 3 of 5

OSSAMAS, INC

## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46 | 47 | -3,297.00 |
| 48 | Discharge of Indebtedness adjustment. **Attach** federal Form 982. See instructions. | 48 | 00 |
| 49 | Adjusted base income or net loss. Add Lines 47 and 48. | 49 | -3,297.00 |
| 50 | Illinois net loss deduction. **Attach** Schedule NLD. If Line 49 is zero or a negative amount, enter '0'. | 50 | 0.00 |
| 51 | **Net income.** Subtract Line 50 from Line 49. | 51 | -3,297.00 |

## Step 8: Figure your net replacement tax, surcharge, and pass-through withholding payments you owe

| | | | |
|---|---|---|---|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015). | 52 | 00 |
| 53 | Recapture of investment credits. **Attach** Schedule 4255. | 53 | 00 |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53. | 54 | 00 |
| 55 | Investment credits. **Attach** Form IL-477. | 55 | 00 |
| 56 | **Net replacement tax.** Subtract Line 55 from Line 54. If the amount is negative, enter '0'. | 56 | 00 |
| 57 | Compassionate Use of Medical Cannabis Pilot Program Act surcharge. See instructions. | 57 | 00 |
| 58 | Pass-through withholding payments you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 9. See instructions. **Attach** Schedule B. | 58 | 00 |
| 59 | **Total net replacement tax, surcharge, and pass-through withholding payments you owe.** Add Lines 56, 57, and 58. | 59 | 00 |

## Step 9: Figure your refund or balance due

| | | | | | |
|---|---|---|---|---|---|
| 60 | Payments. See instructions. | | | | |
| | a Credit from prior year overpayments. | 60a | 00 | | |
| | b Form IL-505-B (extension) payment. | 60b | 00 | | |
| | c Pass-through withholding payments reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 60c | 00 | | |
| | d Illinois gambling withholding. **Attach** Form(s) W-2G | 60d | 00 | | |
| | e Form IL-516-I prepayments. | 60e | 00 | | |
| | f Form IL-516-B prepayments. | 60f | 00 | | |
| 61 | Total payments. Add Lines 60a through 60f. | | | 61 | 00 |
| 62 | Overpayment. If Line 61 is greater than Line 59, subtract Line 59 from Line 61. | | | 62 | 00 |
| 63 | Amount to be **credited forward**. See instructions. | | | ◆ 63 | 00 ◆ |
| 64 | **Refund.** Subtract Line 63 from Line 62. This is the amount to be refunded. | | | 64 | 00 |
| 65 | **Complete to direct deposit your refund** | | | | |
| | Routing Number _____  ☐ Checking or  ☐ Savings | | | | |
| | Account Number _____ | | | | |
| 66 | **Tax Due.** If Line 59 is greater than Line 61, subtract Line 61 from Line 59. This is the amount you owe. | | | 66 | 00 |

▶ If you owe tax on Line 66, complete a payment voucher, Form IL-1120-ST-V. Write your FEIN, tax year ending, and 'IL-1120-ST-V' on your check or money order and make it payable to 'Illinois Department of Revenue.' Attach your voucher and payment to the first page of this form.

**Special Note** ▶ Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign here

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Signature of authorized officer | Date | President<br>Title | 773-643-5200<br>Phone | |
|---|---|---|---|---|
| RICHARD BENJAMIN<br>Signature of paid preparer | Date | P01509668<br>Paid preparer's PTIN | | Check this box if the Department may discuss this return with the paid preparer shown in this step. ☒ |
| Accurate Tax Service<br>Paid preparer's firm name | 3247 West 79th Street<br>Chicago, IL 60652<br>Address | | | (773) 471-1040<br>Phone |

▶ If a payment is **not** enclosed, mail this return to:
Illinois Department of Revenue
P.O. Box 19032
Springfield, IL 62794-9032

▶ If a payment is enclosed, mail this return to:
Illinois Department of Revenue
P.O. Box 19053
Springfield, IL 62794-9053

IL-1120-ST (R-12/16) ID: 2BN

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

ILSA0703L 11 23 16



Illinois Department of Revenue
## 2016 Schedule B Partners' or Shareholders' Information
Attach to your Form IL-1065 or Form IL-1120 ST.



Year ending
12   2016
Month   Year

IL Attachment no. 1

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

OSSAMAS, INC

Enter your federal employer identification number (FEIN).

- E

### Read this information first

- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.
- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

Note → Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Department. You may also be required to submit further information to support your filing.

### Section A: Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

Note → Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P(3), and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

**Totals for resident and nonresident partners or shareholders** (from Schedule(s) K-1-P and Schedule B, Section B)

1  Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions.  1 _____ 0.
2  Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions.  2 _____
3  Add the amounts shown on Schedule B, Section B, Column E for all partners or shareholders on all pages for which you have entered a check mark in Column D. Enter the total here. See instructions.  3 _____

**Totals for nonresident partners or shareholders only** (from Schedule B, Section B)

4  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident individual members. See instructions.  4 _____
5  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident estate members. See instructions.  5 _____
6  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your partnership and S corporation members. See instructions.  6 _____
7  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident trust members. See instructions.  7 _____
8  Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your C corporation members. See instructions.  8 _____
9  Add Line 4 through Line 8. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Column J for all nonresident partners or shareholders on all pages. Enter the total here **and** on Form IL-1065, Line 59, or Form IL-1120-ST, Line 58. See instructions.  9 _____

▶ **Attach all pages of Schedule B, Section B behind this page.**

**Illinois Department of Revenue**
**2016 Schedule B**

OSSAMAS, INC
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

36-3874333
Enter your federal employer identification number (FEIN).

## Section B: Members' information (See instructions before completing.)

| A Name and Address | B Partner or Shareholder type | C SSN or FEIN | D Subject to Illinois replacement tax or an ESOP | E Member's distributable amount of base income or loss | F Excluded from pass-through withholding payments | G Share of Illinois income subject to pass-through withholding | H Pass-through withholding before credits | I Distributable share of credits | J Pass-through withholding payment amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (If Column F is blank, complete Column G through Column J. Otherwise, enter zero in Column G through Column J.) | | | 0. |
| **1 Name** BOULOS ESTAFANOUS  C/O  Addr. 1 8136 PORTSMOUTH DR  Addr. 2  City DARIEN, IL 60561  State Zip | I | 34 | ☐ | -3,297. | R | 0. | 0. | 0. | |
| **2 Name**  C/O  Addr. 1  Addr. 2  City  State Zip | | | ☐ | | | | | | |
| **3 Name**  C/O  Addr. 1  Addr. 2  City  State Zip | | | ☐ | | | | | | |
| **4 Name**  C/O  Addr. 1  Addr. 2  City  State Zip | | | ☐ | | | | | | |
| **5 Name**  C/O  Addr. 1  Addr. 2  City  State Zip | | | ☐ | | | | | | |

*Note* → If you have more members than space provided, attach additional copies of this page as necessary.
Schedule B (R-12/16)   IL SA9901L 01/24/17



Illinois Department of Revenue
## IL-4562 Special Depreciation
For tax years ending **on or after** September 11, 2001.
Attach to your Form IL-1120, IL-1120-ST, IL-1065, IL-1041, or IL-1040.

Year ending

12 / 2016
Month / Year

IL Attachment No. 11

### Step 1: Provide the following information

OSSAMAS, INC
Enter your name as shown on your return.

3
Enter your Social Security number (SSN) or federal employer identification number (FEIN).

**Special Note →** You must read the instructions before completing Form IL-4562. Do not use negative figures.

### Step 2: Figure your Illinois special depreciation addition

1. Enter the total amount claimed as a special depreciation allowance on federal Form 4562, Depreciation and Amortization, Line 14 or Line 25, for property acquired after September 10, 2001.   1 _____
2. *Individuals only:* Enter the total amount claimed as a special depreciation allowance from federal Form 2106, Employee Business Expenses.   2 _____
3. *Last year of regular depreciation:* Enter the total amount of all Illinois depreciation subtractions claimed on prior year IL-4562 forms, Step 3, Line 8, for this property.   3 _____
4. Add Lines 1 through 3. This is your Illinois special depreciation addition. Enter the total here and **see instructions for the list of Illinois form and line references to report this addition.**   4 _____

### Step 3: Figure your Illinois special depreciation subtraction

5 a. Enter the portion of depreciation allowance claimed on federal Form 4562, Line 17, plus Line 19, Column g, plus Line 26, Column h, for property for which you claimed a special depreciation allowance on federal Form 4562, Line 14 or 25, for this tax year, or any other tax year ending after September 10, 2001, for bonus depreciation **equal to 30 percent** of your basis in the property.   5a _____

 b. *Individuals only:* If you completed a federal Form 2106 for this tax year, enter the portion of any depreciation deductions included in Lines 4 and 38 for this tax year or any prior tax year for bonus depreciation **equal to 30 percent** of your basis in the property.   5b _____

 c. Add Lines 5a and 5b.   5c _____

6. Multiply Line 5c by 42.9% (0.429).   6 _____

7 a. Enter the portion of depreciation allowance claimed on federal Form 4562, Line 17, plus Line 19, Column g, plus Line 26, Column h, for property for which you claimed a special depreciation allowance on federal Form 4562, Line 14 or 25, for this tax year, or any other tax year ending after September 10, 2001, for bonus depreciation **equal to 50 percent** of your basis in the property.   7a    1,351.

 b. *Individuals only:* If you completed a federal Form 2106 for this tax year, enter the portion of any depreciation deductions included in Lines 4 and 38 for this tax year or any prior tax year for bonus depreciation **equal to 50 percent** of your basis in the property.   7b _____

 c. Add Lines 7a and 7b.   7c    1,351.

 d. For tax years ending on or before December 31, 2005, multiply Line 7c by 42.9% (0.429). For tax years ending after December 31, 2005, enter the amount from Line 7c.   7d    1,351.

8. Add Lines 6 and 7d.   8    1,351.

9. *Last year of regular depreciation:* Enter the Illinois special depreciation addition reported on any prior year Form IL-4562, Step 2, Line 1 plus Line 2, for that asset.   9 _____

10. Add Lines 8 and 9. This is your Illinois depreciation subtraction for this year. Enter the total here and **see instructions for the list of Illinois form and line references to report this subtraction.**   10    1,351.

→ **Attach this form to your Illinois return.** ←

ILIZ3201L  01/18/17
IL-4562 (R-12/16) ID: 2BN

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

