IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous          CASE NO. 17-09908

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending  3/29 - 3/31 , 20 17

BEGINNING BALANCE IN ALL ACCOUNTS          $ 179.00

**RECEIPTS:**
    1. Receipts from operations          $ _____
    2. Other Receipts          $ 100.00

**DISBURSEMENTS:**
    3. Net payroll:
        a. Officers          $ _____
        b. Others          $ _____

    4. Taxes
        a. Federal Income Taxes          $ _____
        b. FICA withholdings          $ _____
        c. Employee's withholdings          $ _____
        d. Employer's FICA          $ _____
        e. Federal Unemployment Taxes          $ _____
        f. State Income Tax          $ _____
        g. State Employee withholdings          $ _____
        h. All other state taxes          $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)          $ _____
        b. Utilities          $ _____
        c. Insurance          $ _____
        d. Merchandise bought for manufacture or sale          $ _____
        e. Other necessary expenses (specify)
        _____          $ _____
        _____          $ _____

TOTAL DISBURSEMENTS          $ 0.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD          $ 100.00

ENDING BALANCE IN  ABC Bank          $ 270.00
    (Name of Bank)
ENDING BALANCE IN _____          $ _____
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ 270.00

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous        CASE NO.: 17-09908

## RECEIPTS LISTING

FOR MONTH ENDING   3/29 - 3/31   , 20 17

**Bank:** ABC Bank

**Location:** Bensenville, Illinois

**Account Name:** Boulos Estafanous

**Account No.:** XXXXX0364

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/31/2017 | Deposit | 100.00 |

TOTAL: 100.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous    CASE NO.: 17-09908

## DISBURSEMENT LISTING

FOR MONTH ENDING  3/29 - 3/31 , 20 17

Bank: ABC Bank

Location: Bensenville, Illinois

Account Name: Boulos Estafanous

Account No.: XXXXX0364

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  |  |  |  |

TOTAL: 0.00

You must create a separate list for each bank account from which disbursements were made during the month.

**OPERATING REPORT Page 3**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous     CASE NO. 1-09908

FOR MONTH ENDING    3/29 - 3/31    , 20 7

## STATEMENT OF INVENTORY

Beginning inventory              $    0

Add: purchases                   $    0

Less: goods sold                 $    0
(cost basis)

Ending inventory                 $    0

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period    $    0

Payroll taxes due but unpaid     $    0

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| ABC Bank | 1st | | 0 post filing | |
| Wells Fargo | 1st | | 0 post filing | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous     CASE NO.: 17-09908

FOR MONTH ENDING  3/28 - 3/31 , 2017

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 0 |
| Add: sales on account | $ 0 |
| Less: collections | $ 0 |
| End of month balance | $ 0 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 0 | $ 0 | $ 0 | $ | $ 0 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0 |
| Add: credit extended | $ 0 |
| Less: payments of account | $ 0 |
| End of month balance | $ 0 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |

**ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT**

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous    CASE NO.: 17-09908

FOR MONTH ENDING 3/29 - 3/31, 2017

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes          Yes (✓)    No ( )
2. FICA withholdings             Yes (✓)    No ( )
3. Employee's withholdings       Yes (✓)    No ( )
4. Employer's FICA               Yes (✓)    No ( )
5. Federal Unemployment Taxes    Yes (✓)    No ( )
6. State Income Tax              Yes (✓)    No ( )
7. State Employee withholdings   Yes (✓)    No ( )
8. All other state taxes         Yes (✓)    No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer |
| | Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1<br><br>Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | Form 941 Federal Tax Deposit (FTD) Information<br><br>For the payroll period from _____ to _____<br><br>Payroll date _____         N/A<br><br>Gross wages paid to employees $_____<br><br>Income tax withheld $_____<br><br>Social Security (Employer's plus Employee's share of Social Security Tax) $_____<br><br>Tax Deposited  $_____<br><br>Date Deposited |
|---|---|
| Section 2<br><br>Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | Form 940 Federal Tax Deposit (FTD) Information<br><br>For the payroll period from _____ to _____<br><br>Gross wages paid to employees $_____       N/A<br><br>Tax Deposited  $_____<br><br>Date Deposited |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>9 Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | Name and Address of Bank | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct
Signed:  April 25, 2017         Date:
Name and Title (print or type)

Cat. #43099Z                                                      Form  6123 (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Boulos Estafanous     CASE NO.: 17-09908

FOR MONTH ENDING  3/29 - 3/31 , 20 17

### INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| American Family | 12BN-3759-01 | Homeowners | 10/22/2017 | |
| American Family | 12-XK-1466-02 | Commercial | 6/1/2017 | |
| American Famnily | 20-D-430-2291-02 | Automobile | 6/1/2017 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (*i.e.*, non-payment, sale of asset, abandonment, etc.).

_____
_____
_____

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

_____
_____
_____

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

_____
_____
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Boulos Estafanos_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Boulos Estafanous

Debtot in Possession

DATED:___4/25/2017_____

OPERATING REPORT Page 9