UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                      )          BK No.:   17-9908
Boulos F. Estafanous                        )
                                            )
                                            )          Chapter: 11
                                            )
                                            )          Honorable Jacqueline Cox
                                            )
                                            )
             Debtor(s)                      )

## ORDER ADMINSTRATIVELY CLOSING CHAPTER 11 BANKRUPTCY CASE

This matter coming to be heard upon the motion of Boulos F. Estafanous, the Reorganized
Debtor (the "Debtor"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion);
proper notice having been provided; no creditor or party in interest having objected to the entry of a
Final Decree and Order Closing this Bankruptcy Case; Based on review and consideration, the Court
finds that (1) notice of the Motion was adequate under the circumstances and no other notice need be
given; (2) the Debtor's Confirmed Plan of Reorganization (the "Plan") has been substantially
consummated; and (3) other good and sufficient cause exists for the granting the relief requested in this
Motion; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Motion is granted.
2. The Chapter 11 case is administratively closed
3. The Court will retain jurisdiction to hear all matters as specified in the confirmed plan.
4. The Debtor may move to reopen this case for purposes of receiving a discharge when all plan
payments have been completed or the Debtor otherwise qualifies for a discharge under 11 USC 1141(d)
(5).

Enter:

Dated:     JAN - 9 2018

United States Bankruptcy Judge

**Prepared by:**

Paul M. Bach
BACH LAW OFFICES
COUNSEL FOR DEBTOR(S)
P.O. BOX 1285
NORTHBROOK, IL 60065
PHONE:  (847) 564 0808
ATTORNEY NO: 6209530